**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JIAN YANG,
Petitioner,
v.
CHRISTOPHER J. LAROSE, *et al.*,
Respondents.

Case No. 26-cv-04051-BAS-JAC

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

On July 14, 2026, Petitioner Jian Yang filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) This is Petitioner's second Petition filed in recent weeks. (*See Yang v. LaRose*, 26-cv-03398-BAS-JAC (S.D. Cal. filed June 4, 2026) ("First Petition").)

The First Petition was filed without counsel on June 4, 2026. (First Petition, ECF No. 1.) The Court referred the Petition to Federal Defenders for consideration of appointment of counsel. (*Id.*, ECF No. 2.) A Federal Defender appeared on Petitioner's behalf and filed an Amended Petition. (*Id.*, ECF Nos. 6–7.) After briefing, the Court denied the Petition on July 7, 2026. (*Id.*, ECF No. 10.) The Court reasoned that Petitioner's immigration detention has not been arbitrarily or unreasonably prolonged. (*Id.*) The Court explained:

> Petitioner fails to show that DHS is responsible for delaying or prolonging his immigration proceedings, nor at this point, does his detention appear to be for an indefinite period. Finally, an Immigration Judge has denied his requests for relief, which decreases the likelihood that he will be successful on appeal. Since Petitioner fails to demonstrate that his detention has been arbitrarily or unreasonably prolonged, his Petition on this ground fails.

(*Id.*)

Only a week later, Petitioner filed the present Petition through new counsel, again alleging that his detention has been unreasonably prolonged. (ECF No. 1.) The Petition was initially assigned to the Honorable Dana M. Sabraw, who entered a briefing order. (ECF No. 2.) After the Government filed a Notice of Related Case, the Petition was transferred to the undersigned. (ECF No. 5.)

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition here provides no new information or grounds for relief that were not raised in the First Petition, which was denied only a week before this Second Petition was filed.[1] Therefore, the Court **DENIES** the Petition. (ECF No. 1.)

<u>The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.</u>

**IT IS SO ORDERED.**

**DATED: July 28, 2026**

*Cynthia Bashant*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

---

[1] Petitioner alleges that he has since filed an appeal of the Immigration Judge's decision to the Board of Immigration Appeals. (Pet. ¶ 24.) However, when the Court denied the First Petition, the Court knew that Petitioner intended to appeal the Immigration Judge's decision and took that factor into account in reaching its decision. (*See* First Petition, ECF No. 7 ("Mr. Yang's appeal is due June 29, 2026, and he intends to file it."); *see also id.*, ECF No. 10 (discussing the prospect of an appeal in denying the First Petition).)